208.103.73.236
208.103.75.18
68.191.43.242