IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GUAVA, LLC | ) <br> ) <br> ) Civil Action No.: <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
|        Plaintiff, | |
| v. | |
| JOHN DOE, | |
|        Defendant. | |

**CORPORATE PARTY DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, by and through its attorney of record, hereby submits that GUAVA, LLC does not have a parent corporation that owns 10% or more of its stock.

      Respectfully submitted,

      GUAVA, LLC,

DATED: October 5, 2012    By:    /s/ Daniel G. Ruggiero

      Daniel G. Ruggiero, Esq.
      P.O. Box 291
      Canton, MA 02021
      Telephone: (339) 237-0343
      Fax: (339) 707-2808

      *Attorney for Plaintiff*